# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-1647
Lower Tribunal No. 2017-CC-002494-O

_____

CORNER LAKES ESTATES HOMEOWNERS ASSOCIATION, INC.,

Appellant,

v.

BATEMAN MANAGEMENT GROUP, LLC,

Appellee.

_____

Appeal from the County Court for Orange County.
Andrew A. Bain, Judge.

March 5, 2024

PER CURIAM.

AFFIRMED.

NARDELLA, SMITH and BROWNLEE, JJ., concur.


Barbara Billiot Stage, of Stage Law Firm, P.A., Rockledge, for Appellant.

D. Jefferson Davis, of The JD Law Firm, Winter Park, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED